# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-three.

Present: Alison J. Nathan,
*Circuit Judge*.

---

Greater Chautauqua Federal Credit Union, individually and on behalf of all others similarly situated, et al.,

*Plaintiffs-Appellees*,

v.  23-733

Sheriff James B. Quattrone, et al.,

*Defendants-Appellees*,

Hon. Lawrence K. Marks, in his official capacity as Chief Administrative Judge of the Courts, et al.,

*Defendants*,

v.

Western New York Law Center, Bartel Miller,

*Proposed Intervenors-Appellants.*

---

Appellants move to modify a preliminary injunction. Upon due consideration, it is hereby ORDERED that decision on Appellants' motion is STAYED until further order of this Court to allow consideration of the district court's disposition of a related motion pending in that court. *See* S.D.N.Y. 22-cv-2753, docs. 123 (Mot.), 124 (Mem.). It is further ORDERED that Appellants file, within 21 days of entry of the district court order disposing of the above-noted related motion, a supplemental letter-brief addressing the effect, if any, of that disposition on the Appellants' present motion. Appellees may file a responding letter-brief within 21 days after the filing of the Appellants' supplemental letter-brief.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/22/2023